Alice Barnhill, *et al.*, Appellants, v. Floy L. Smith, *et al.*, Appellees.

An Appeal from the Circuit Court for Highlands County.

Appeal dismissed on motion of counsel for Appellants.

*W. D. Bell,* for Appellants;

*Whitehurst & Whithurst,* for Appellees.

---

Gulf Fertilizer Company, Appellant, v. Marie Anderson, Appellee.

An Appeal from the Circuit Court for Polk County.

Appeal dismissed by order of the Court.

*Lee J. Clyatt, Hilton S. Hampton* and *W. L. Pencke,* for Appellant;

*Geo. W. Oliver,* for Appellee.

---

Frank E. Malone, Appellant v. Mary Mitchel Mollard and John T. Mollard, her husband, Appellees.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Appellees.

*W. W. Flournoy,* for Appellant;

*Axtell & Rinehart,* for Appellees.